IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-72-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    JIMBOO JEFFREY KUNCLRS,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Defendant Jimboo Jeffrey Kunclrs' Motion to Withdraw as Counsel (doc. #13), filed April 15, 2008, is STRICKEN. The Court does not accept *pro se* filings from parties represented by counsel. A motion to withdraw must be signed by counsel of record and served on the opposing party, the United States of America, which has the opportunity to object if it deems such action appropriate.

Dated: April 15, 2008